JEFFREY ROSENFELD (SBN 221625)
jeffrey.rosenfeld@bingham.com
BINGHAM MCCUTCHEN LLP
1601 Cloverfield Boulevard, Suite 2050-N
Santa Monica, CA 90404
Telephone:  310.907.1000
Facsimile:  310.907.2000

JOSHUA M. DALTON (*admitted pro hac vice*)
josh.dalton@bingham.com
LAWRENCE T. STANLEY, JR. (*admitted pro hac vice*)
lawrence.stanley@bingham.com
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA 02110
Telephone: 617.951.8000
Facsimile: 617.951.8736

Attorneys for Defendant FLEXcon Company, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR FOCUS IMAGING, INC. and STEPHEN G. NELSON,<br><br>              Plaintiffs,<br>      v.<br><br>FLEXCON COMPANY, INC.<br><br>              Defendant. | No. 5:12-cv-01372-JAK-OP<br><br>**[PROPOSED] ORDER ON STIPULATION FOR ENTRY OF A PROTECTIVE ORDER**<br><br>Hon. John A. Kronstadt<br>Courtroom 750 -- 7th Floor |

1

## **ORDER**

2          The Court having considered the Stipulation For Entry Of a Protective

3     Order Governing Information Designated As Confidential [Docket # 28], and

4     finding good cause for entry of this order,

5          IT IS SO ORDERED:

6

7     Dated: 11/29/12          _____

8                                    Hon. Oswald Parada
                                    U.S. MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER